Alan L. Geraci, SBN 108324
GERACI & LOPEZ, PC
1331 W. 1st Street, Suite 102
Santa Ana, CA 92703
Tel: (714) 760-9753
Fax: (714) 242-6944
Email: ALAN@GERLOP.COM

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 09-14497-MJ |
| ERNESTO DANIEL GYUREC | Chapter 11 |
| Debtor | **OBJECTION TO THE ALLOWANCE OF PROOF OF CLAIM NO. 1-1 FILED BY WASHINGTON MUTUAL BANK** |
| | Hearing: July 13, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 301<br>3420 Twelfth Street<br>Riverside, CA 92501 |

In accordance with L.B.R. 3007-1 ERNESTO DANIEL GYUREC, the debtor and debtor-in-possession in this case, ("Debtor"), hereby moves the Court for the entire disallowance of Proof of Claim (POC) No. 1-1 in the Court's claims register, attached hereto as Exhibit A, filed by *"Washington Mutual Bank, its successors and/or assigns"* on March 31, 2009.

This Objection is based on the following grounds:

1. Claimant Washington Mutual Bank ("WAMU") was closed by the Office of Thrift Supervision on September 25, 2008, see Exhibit B attached hereto, and therefore a purported March 31, 2009 claim by WAMU is an impossibility. Even when assuming that there it could be a party that could claim to be either WAMU's successor or assignee its real name should have been listed under the "Name of Creditor" on the POC, and documentation supporting the

1 hypothetical succession or assignment should have been provided. As the POC was filed,
2 neither the Court nor the Debtor could ascertain the true identity of the POC's Claimant. For this
3 reason the POC **fails.**

4     2. <u>POC's Section 1. Amount of Claim as of Date Case Filed: $730,065.10</u>. Although
5 the pertinent box is checked the submitted PROOF OF CLAIM BREAKDOWN SHEET
6 (BREAKDOWN) provides no itemized breakdown as to how the amount was calculated. The
7 BREAKDOWN contains only three line items, as follows:

8     1. Total Arrears: $0.00[1]
9     2. Outstanding Balance as of March 11, 2009: $730,065.10
10     3. A footnote ([1]) claiming $300 in Claimant's lawyers fees for, amongst
11        other things, "obtaining and reviewing the Chapter 13 Plan".
12 Curiously, $730,065.10 the **exact same dollar figure** that Debtor had listed in his own Schedule
13 "D". Debtor has not yet submitted a Plan and Debtor is not and never was in a Chapter 13,
14 therefore those statements contained in said footnote are false. For this reason the POC **also fails.**

15     3. <u>POC's Section 2. Basis for Claim: MONEY LOANED</u>.   Neither of the fact(s) of
16 whether Claimant ever lent any monies or whether Claimant may be a lawful successor in
17 interest or assignee of a supposed original creditor could be established until the Claimant's true
18 identity is ascertained. For this reason the 1-1 POC **also fails.**

19     4. POC's <u>Section 4. Secured Claim</u>: The Claimant has failed to complete Section 4 by
20 not indicating the Value of Property, the Annual Interest Rate, the Basis for perfection and the
21 amount unsecured. For this reason the 1-1 POC **also fails.**

22     5. POC's <u>Section 6. Credits</u>: Claimant provided no accounting of the amount of
23 payments made by the Debtor on this purported claim. For this reason the 1-1 POC **also fails.**

24     6. POC's <u>Section 7. Documents</u>: There is no Promissory Note attached to the Proof of
25 Claim, nor has Claimant submitted a lost and/or destroyed Note affidavit. The Deed of Trust
26 (DOT) that is attached to the POC is incomplete. Footnotes of the filed (portion(s)) of the Deed
27 of Trust would indicate that said document presumptively consisted of 17 pages, but the sheets
28 attached to the POC consists of only 4 broken pages, pages 1 through 3 and page 16.

Most noticeably, the DOT's Notary page is missing and no Legal Description was attached to it. Without a Notary certification there is no independent validation of the DOT, without a legal description there is no telling as to which real property the Claimant claims to have security on. For this reason(s) the POC **again fails**.

### ADVERSARY PROCEEDING 6:11-ap-01708-MJ

At least four (4) other parties have also claimed to have an interest in the Debtor's property, those claims have been asserted both in and out of this bankruptcy case (see Exhibits C, D, E and F). To resolve those issues on May 19, 2011 Debtor filed Adversary Proceeding number 6:11-ap-01708-MJ, Claimant WAMU is one of the named defendants in said Adversary Proceeding.

**WHEREFORE**, the Debtor Ernesto Daniel Gyurec, prays that the Proof of Claim of Washington Mutual Bank, Claim No. 1-1 filed on March 31, 2009, be disallowed in its entirety and that Debtor have such other and further relief as it is just.

Respectfully submitted.

Dated: June 10, 2011                    **GERACI & LOPEZ, PC**

by__/s/ Alan L. Geraci_____
Alan L. Geraci, Esq.
Attorney for Debtor, Ernesto Daniel Gyurec

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1331 W. 1st Street, Suite 102, Santa Ana, CA 92703

A true and correct copy of the foregoing document described as **Objection to the Allowance of Proof of Claim No. 1-1 Filed by Washington Mutual Bank** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 10, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On June 10, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Meredith A. Jury
3420 Twelfth Street, Suite 325
Riverside, CA 92501

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 10, 2011 | Delores Jackson | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                              **F 9013-3.1.PROOF.SERVICE**

## Service information continued:

- Angela M Fontanini ecfcacb@piteduncan.com
- Alan L Geraci alan@gerlop.com
- Everett L Green everett.l.green@usdoj.gov
- Eric D. Houser scleere@houser-law.com
- Steven Karlton Kop bluejaylaw@gmail.com, bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com
- Christopher M McDermott ecfcacb@piteduncan.com
- Robert W Norman rmendizabal@houser-law.com
- Paul Oudom poudom@piteduncan.com
- Timothy J Silverman tim@sgsslaw.com
- Ramesh Singh claims@recoverycorp.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

Washington Mutual Bank
4375 Jutland Drive, Suite 200
P. O. Box 17933
San Diego, CA 92177-0933

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                         **F 9013-3.1.PROOF.SERVICE**